GOSSELIN'S HEIRS *vs.* ABAT.

GOSSELIN'S
HEIRS.
*vs.*
ABAT.

Whatever may have been the right of the heir to claim from the testamentary executor the balance in his hands, if it was susceptible of compromise, and an agreement was entered into, which received the sanction of the Court of Probates, it could not afterwards be receded from.

The facts are stated in the opinion of the court, delivered by MARTIN, J.

At the request of the appellees we have reconsidered the decree given in this case on the 17th of January, 1831.

Whatever may have been the right of the heir to claim from the testamentary executor the balance in his hands, it was susceptible of modification or compromise. It appears to have been the object of an arrangement between the parties interested, which has received the sanction of the Court of Probates. It is useless to examine whether the pretensions of the executor and legatees could or could not have been successfully resisted by the heirs. They had the option of receding or submitting to them, and made their election of the last alternative, and availed themselves of this choice, thus partially carrying their engagements into effect. It is too late for them to recede. The appellants must be allowed in their turn, to avail themselves of a rule of court, provided by all the parties concerned.

Whatever may have been the right of the heir to claim from the testamentary executor the balance in his hands, if it was susceptible of compromise, and an agreement was entered into, which received the sanction of the Court of Probates, it could not afterwards be receded from.

Our former decree must remain untouched.

GOSSELIN'S LEGATEES *vs.* HIS HEIRS.

We have indulged the appellees with a rehearing in this case, and have heard nothing which can induce us to be dissatisfied with our first decision.

It is, therefore, ordered, that it be carried into execution without delay.

*Seghers,* for appellants.    *Denis* and *Derbigny* for appellees.